IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNETTE YORK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-1163-MEF-WC |
| | ) | |
| BOB RILEY, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On February 3, 2010, Magistrate Judge Capel entered an order granting plaintiff's motion "to accept the evidence not in favor of stay of service of defendants" (Doc. #7), ordering plaintiff Ashley York to file a long form application to proceed *in forma pauperis* on or before February 17, 2010, ordering the dismissal of plaintiff J.Y., a minor, and granting plaintiffs' motion to amend the complaint (Doc. #7) and ordering plaintiffs to file an amended complaint on or before February 24, 2010. (Doc. #10). Plaintiffs filed objections to this order on February 16, 2010. (Doc. #11).

On February 17, 2010, plaintiff Ashley York filed a motion for leave to proceed *in forma pauperis*. (Doc. #13). On February 18, 2010, Magistrate Judge Capel entered an order and report and recommendation, vacating its order dismissing plaintiff J.Y., a minor, and issuing a recommendation that J.Y. be dismissed. (Doc. #14). Plaintiffs filed objections to this order and report and recommendation on March 4, 2010. (Doc. #16). On February 24, 2010, plaintiffs filed their second amended complaint. (Doc. #15).

Because all orders from Magistrate Judge Capel's order issued on February 3, 2010 (Doc. #10) have either been complied with or vacated, it is hereby

ORDERED that plaintiffs' objections filed on February 16, 2010 (Doc. #11) are OVERRULED as moot. The Court notes that plaintiffs continue to object to the stay of service and to the recommendation that J.Y. be dismissed. (*See* Doc. #16).

DONE this the 16th day of March, 2010.


                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE