IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNETTE YORK, *et al.*, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09cv1163-MEF |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #26) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #26) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice and prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) (2000).

DONE this the 3rd day of August, 2010.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE